UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: DISHROON, CHARLES DAVID § | Case No. 08-29248 |
| DISHROON, LINDA SUSAN § | |
| § | |
| Debtor(s) § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that CHARLES J. MYLER_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/04/2009         By: /s/CHARLES J. MYLER_____
                                            Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL 60505

**UST Form 101-7-NFR (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: DISHROOM, CHARLES DAVID　　　　　§　Case No. 08-29248
　　　　DISHROON, LINDA SUSAN　　　　　　§
　　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　　§

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 32,911.42 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 32,911.42 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| Provena St. Joseph Hospital | $ 0.00 |
| Provena St. Joseph Hospital | $ 0.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | CHARLES J. MYLER | $ 4,041.00 | $ 34.94 |
| Attorney for trustee | Myler, Ruddy & McTavish | $ 3,857.50 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 48,775.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 51.2 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Discover Bank/DFS Serivces LLC | $ 14,156.19 | $ 7,249.38 |
| 2 | CHASE BANK USA | $ 3,268.32 | $ 1,673.70 |
| 3 | Recovery Management Systems Corporation | $ 3,170.04 | $ 1,623.37 |
| 4 | Recovery Management Systems Corporation | $ 2,757.66 | $ 1,412.20 |
| 5 | Recovery Management Systems Corporation | $ 5,185.76 | $ 2,655.62 |
| 6 | PYOD LLC its successors and assigns as assignee of | $ 2,890.17 | $ 1,480.05 |
| 7 | PYOD LLC its successors and assigns as assignee of | $ 6,983.18 | $ 3,576.08 |
| 8 | Recovery Management Systems Corporation | $ 10,364.36 | $ 5,307.58 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                            Allowed Amt. of Claim    Proposed Payment*
N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                            Allowed Amt. of Claim    Proposed Payment*
N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/CHARLES J. MYLER
Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL 60505

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: wepps                  Page 1 of 2                   Date Rcvd: Sep 08, 2009
Case: 08-29248                 Form ID: pdf006              Total Noticed: 28


The following entities were noticed by first class mail on Sep 10, 2009.
db/jdb         +Charles David Dishroon,    Linda Susan Dishroon,    700 Lucille St,    South Elgin, IL 60177-2120
aty            +Isaiah A Fishman,    The Law Offices of Peter Francis Geraci,    55 East Monroe St. Suite #3400,
                 Chicago, IL 60603-5920
aty            +Richard G Larsen,    Myler Ruddy & McTavish,    111 West Downer Place,    Suite 400,
                 Aurora, IL 60506-6110
tr             +Charles J Myler,    Myler Ruddy & McTavish,    105 East Galena Boulevard,    8th Floor,
                 Aurora, IL 60505-3338
12997199       +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
14349726        CHASE BANK USA, NA,    PO BOX 15145,    WILMINGTON, DE 19850-5145
12790955       +Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,    Richmond, VA 23285-5520
12790959       +Chase,    Attn: Bankruptcy Dept.,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
12790953       +Chase,    Attn: Bankruptcy Dept.,    1111 Polares Parkway,    Columbus, OH 43240-2031
12790952        Chase Manhattan Mortgage,    Attn: Bankruptcy Dept.,    140 N. Cook Ave,    Libertyville, IL 60048
12790968       +Deborah DiNardo,    C/O State Farm Insuran,    160 Industrial Dr.,    Elmhurst, IL 60126-1602
12790969       +Elgin Fire Department,    Attn: Bankruptcy Dept.,    PO Box 457,    Wheeling, IL 60090-0457
12790958        GEMB/Lowe's,    Attn: Bankruptcy Dept.,    Po Box 103065,    Roswell, GA 30076
12790956       +HSBC/Menard's,    Attn: Bankruptcy Dept.,    90 Christiana Rd,    New Castle, DE 19720-3118
12790965       +Orthopedic & Spine Surgery,    Attn: Bankruptcy Dept.,    2350 Royal Blvd Ste 200,
                 Elgin, IL 60123-4718
13022732        PYOD LLC its successors and assigns as assignee of,    Citibank,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
12790966       +Provena St. Joseph Hospital,    Attn: Bankruptcy Department,    77 North Airlite Street,
                 Elgin, IL 60123-4998
13511093       +Provena St. Joseph Hospital,    c/o Grabowski Law Center, LLC,    1400 E. Lake Cook Rd., Suite 110,
                 Buffalo Grove, Illinois 60089-1865
12790967       +River West Anesthesiologists,    Attn: Bankruptcy Dept.,    185 Penny Ave,
                 East Dundee, IL 60118-1454
12790957       +Sears/CBSD,    Attn: Bankruptcy Dept.,    Po Box 6189,    Sioux Falls, SD 57117-6189

The following entities were noticed by electronic transmission on Sep 08, 2009.
12790963        E-mail/PDF: mrdiscen@discoverfinancial.com Sep 09 2009 00:50:41      Discover Financial Services,
                 Attn: Bankruptcy Dept.,    Po Box 15316,    Wilmington, DE 19850
12965230        E-mail/PDF: mrdiscen@discoverfinancial.com Sep 09 2009 00:50:41
                 Discover Bank/DFS Serivces LLC,    P.O. Box 3025,    New Albany, OH 43054-3025
12790960       +E-mail/PDF: gecsedi@recoverycorp.com Sep 09 2009 00:51:31      GEMB/Meijer,
                 Attn: Bankruptcy Dept.,    Po Box 981400,    El Paso, TX 79998-1400
12790964       +E-mail/PDF: gecsedi@recoverycorp.com Sep 09 2009 00:51:32      GEMB/Sam's Club,
                 Attn: Bankruptcy Dept.,    Po Box 981400,    El Paso, TX 79998-1400
12790954       +E-mail/PDF: cr-bankruptcy@kohls.com Sep 09 2009 00:50:28      Kohl's/Chase,
                 Attn: Bankruptcy Dept.,    N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
13000583       +E-mail/PDF: rmscedi@recoverycorp.com Sep 09 2009 00:51:34
                 Recovery Management Systems Corporation,    For GE Money Bank,    dba SAM'S CLUB,
                 25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
13000614       +E-mail/PDF: rmscedi@recoverycorp.com Sep 09 2009 00:51:32
                 Recovery Management Systems Corporation,    For GE Money Bank,    dba MEIJER PLATINUM MC,
                 25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
13000568       +E-mail/PDF: rmscedi@recoverycorp.com Sep 09 2009 00:51:33
                 Recovery Management Systems Corporation,    For GE Money Bank,    dba LOWES CONSUMER,
                 25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                               TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Daniel E Compton
aty*           +Charles J. Myler,    Myler Ruddy & McTavish,    105 East Galena Boulevard,    8th Floor,
                 Aurora, IL 60505-3338
12790962*      +GEMB/Meijer,    Attn: Bankruptcy Dept.,    Po Box 981400,    El Paso, TX 79998-1400
12790961*      +Sears/CBSD,    Attn: Bankruptcy Dept.,    Po Box 6189,    Sioux Falls, SD 57117-6189
                                                                                               TOTALS: 1, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1         User: wepps              Page 2 of 2            Date Rcvd: Sep 08, 2009
Case: 08-29248               Form ID: pdf006          Total Noticed: 28

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 10, 2009**                    **Signature:**    *Joseph Speetjens*