# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: DISHROON, CHARLES DAVID  § Case No. 08-29248
DISHROON, LINDA SUSAN           §
                                §
Debtor(s)                       §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

CHARLES J. MYLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $305,286.00 | Assets Exempt: $106,336.00 |
| Total Distribution to Claimants: $24,979.32 | Claims Discharged Without Payment: $73,431.36 |
| Total Expenses of Administration: $7,933.44 | |

3) Total gross receipts of $ 32,912.76 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $32,912.76 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $1,700,640.02 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 7,933.44 | 7,933.44 | 7,933.44 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 52,935.00 | 48,775.68 | 48,775.68 | 24,979.32 |
| TOTAL DISBURSEMENTS | $52,935.00 | $1,757,349.14 | $56,709.12 | $32,912.76 |

4) This case was originally filed under Chapter 7 on October 29, 2008. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/06/2009     By: /s/CHARLES J. MYLER
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Pending PI claim | 1142-000 | 32,907.46 |
| Interest Income | 1270-000 | 5.30 |
| **TOTAL GROSS RECEIPTS** | | **$32,912.76** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| N/A | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Provena St. Joseph Hospital | 4110-000 | N/A | 1,683,802.00 | 0.00 | 0.00 |
| Provena St. Joseph Hospital | 4110-000 | N/A | 16,838.02 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$0.00** | **$1,700,640.02** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (9/1/2009)

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHARLES J. MYLER | 2100-000 | N/A | 4,041.00 | 4,041.00 | 4,041.00 |
| CHARLES J. MYLER | 2200-000 | N/A | 34.94 | 34.94 | 34.94 |
| Myler, Ruddy & McTavish | 3110-000 | N/A | 3,857.50 | 3,857.50 | 3,857.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 7,933.44 | 7,933.44 | 7,933.44 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| 12 Orthopedic & Spine Surgery | 5200-000 | unknown | N/A | N/A | 0.00 |
| 7 GEMB/Meijer | 5200-000 | unknown | N/A | N/A | 0.00 |
| 6 GEMB/Lowe's | 5200-000 | unknown | N/A | N/A | 0.00 |
| 8 GEMB/Meijer | 5200-000 | unknown | N/A | N/A | 0.00 |
| 10 HSBC/Menard's | 5200-000 | unknown | N/A | N/A | 0.00 |
| 5 Elgin Fire Department | 5200-000 | unknown | N/A | N/A | 0.00 |
| 16 Sears/CBSD | 5200-000 | unknown | N/A | N/A | 0.00 |
| 15 Sears/CBSD | 5200-000 | unknown | N/A | N/A | 0.00 |
| 9 GEMB/Sam's Club | 5200-000 | unknown | N/A | N/A | 0.00 |
| 14 River West Anesthesiologists | 5200-000 | unknown | N/A | N/A | 0.00 |

UST Form 101-7-TDR (9/1/2009)

| | | | | | |
|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Discover Bank/DFS Serivces LLC | 7100-000 | N/A | 14,156.19 | 14,156.19 | 7,249.77 |
| CHASE BANK USA | 7100-000 | 3,300.00 | 3,268.32 | 3,268.32 | 1,673.79 |
| Recovery Management Systems Corporation | 7100-000 | N/A | 3,170.04 | 3,170.04 | 1,623.46 |
| Recovery Management Systems Corporation | 7100-000 | N/A | 2,757.66 | 2,757.66 | 1,412.27 |
| Recovery Management Systems Corporation | 7100-000 | N/A | 5,185.76 | 5,185.76 | 2,655.77 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 2,890.17 | 2,890.17 | 1,480.13 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 6,983.18 | 6,983.18 | 3,576.27 |
| Recovery Management Systems Corporation | 7100-000 | N/A | 10,364.36 | 10,364.36 | 5,307.86 |
| 9 GEMB/Sam's Club | 7100-000 | 2,800.00 | N/A | N/A | 0.00 |
| 14 River West Anesthesiologists | 7100-000 | 1,360.00 | N/A | N/A | 0.00 |
| 10 HSBC/Menard's | 7100-000 | 2,700.00 | N/A | N/A | 0.00 |
| 15 Sears/CBSD | 7100-000 | 2,900.00 | N/A | N/A | 0.00 |
| 12 Orthopedic & Spine Surgery | 7100-000 | 13,850.00 | N/A | N/A | 0.00 |
| 16 Sears/CBSD | 7100-000 | 6,950.00 | N/A | N/A | 0.00 |
| 6 GEMB/Lowe's | 7100-000 | 3,200.00 | N/A | N/A | 0.00 |
| 7 GEMB/Meijer | 7100-000 | 5,200.00 | N/A | N/A | 0.00 |
| 5 Elgin Fire Department | 7100-000 | 475.00 | N/A | N/A | 0.00 |
| 8 GEMB/Meijer | 7100-000 | 10,200.00 | N/A | N/A | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | 52,935.00 | 48,775.68 | 48,775.68 | 24,979.32 |

UST Form 101-7-TDR (9/1/2009)

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 08-29248
Case Name: DISHROON, CHARLES DAVID
DISHROON, LINDA SUSAN
Period Ending: 11/06/09

Trustee: (330510) CHARLES J. MYLER
Filed (f) or Converted (c): 10/29/08 (f)
§341(a) Meeting Date: 11/24/08
Claims Bar Date: 02/26/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | (Debtor's Residence) | 204,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account | 500.00 | 0.00 | DA | 0.00 | FA |
| 3 | Household goods | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Books, pictures | 150.00 | 0.00 | DA | 0.00 | FA |
| 5 | Wearing apparel | 100.00 | 0.00 | DA | 0.00 | FA |
| 6 | Jewelry | 250.00 | 0.00 | DA | 0.00 | FA |
| 7 | Firearms | 200.00 | 0.00 | DA | 0.00 | FA |
| 8 | Whole life insurance/wife | 72.00 | 0.00 | DA | 0.00 | FA |
| 9 | Whole life insurance/husband | 55.00 | 0.00 | DA | 0.00 | FA |
| 10 | Term life insurance | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | Pension/wife | 27,690.00 | 0.00 | DA | 0.00 | FA |
| 12 | 401K/wife | 45,319.00 | 0.00 | DA | 0.00 | FA |
| 13 | Pending PI claim | 20,000.00 | 20,000.00 | DA | 32,907.46 | FA |
| 14 | 1998 Lincoln Towncar | 1,700.00 | 0.00 | DA | 0.00 | FA |
| 15 | 1996 Buick Skylark | 750.00 | 0.00 | DA | 0.00 | FA |
| 16 | 1997 Chevy Silverado | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 17 | Animals | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 5.30 | Unknown |
| 18 | Assets Totals (Excluding unknown values) | $305,286.00 | $20,000.00 | | $32,912.76 | $0.00 |

**Major Activities Affecting Case Closing:**

Trustee special counsel has settled personal injury case; will file final report

Initial Projected Date Of Final Report (TFR): June 30, 2009        Current Projected Date Of Final Report (TFR): September 30, 2009

Printed: 11/06/2009 04:00 PM    V.11.53

## Form 2
### Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-29248 | | Trustee: | CHARLES J. MYLER (330510) |
|---|---|---|---|---|
| Case Name: | DISHROON, CHARLES DAVID | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | DISHROON, LINDA SUSAN | | Account: | ***-*****62-65 - Money Market Account |
| Taxpayer ID #: | 54-6844401 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/06/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/01/09 | {13} | Brittain & Ketcham | Settlement proceeds in PI case | 1142-000 | 32,907.46 | | 32,907.46 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.20 | | 32,908.66 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.38 | | 32,910.04 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.38 | | 32,911.42 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.34 | | 32,912.76 |
| 10/01/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.00 | | 32,912.76 |
| 10/01/09 | | To Account #********6266 | Transfer to checking | 9999-000 | | 32,912.76 | 0.00 |
| | | | ACCOUNT TOTALS | | 32,912.76 | 32,912.76 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 32,912.76 | |
| | | | Subtotal | | 32,912.76 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $32,912.76 | $0.00 | |

{} Asset reference(s)

Printed: 11/06/2009 04:00 PM   V.11.53

Exhibit 9

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

| Case Number: | 08-29248 | | Trustee: | CHARLES J. MYLER (330510) |
| --- | --- | --- | --- | --- |
| Case Name: | DISHROON, CHARLES DAVID | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | DISHROON, LINDA SUSAN | | Account: | \*\*\*-\*\*\*\*\*62-66 - Checking Account |
| Taxpayer ID #: | 54-6844401 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/06/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 10/01/09 | | From Account #\*\*\*\*\*\*\*\*6265 | Transfer to checking | 9999-000 | 32,912.76 | | 32,912.76 |
| 10/01/09 | 101 | CHARLES J. MYLER | Trustee expenses | 2200-000 | | 34.94 | 32,877.82 |
| 10/01/09 | 102 | CHARLES J. MYLER | Trustee fee | 2100-000 | | 4,041.00 | 28,836.82 |
| 10/01/09 | 103 | Myler, Ruddy & McTavish | Attorneys for trustee fee | 3110-000 | | 3,857.50 | 24,979.32 |
| 10/01/09 | 104 | Discover Bank/DFS Serivces LLC | Acct. #2815 | 7100-000 | | 7,249.77 | 17,729.55 |
| 10/01/09 | 105 | CHASE BANK USA | Ref # 1437 | 7100-000 | | 1,673.79 | 16,055.76 |
| 10/01/09 | 106 | Recovery Management Systems Corporation | Acct. #1801 | 7100-000 | | 1,623.46 | 14,432.30 |
| 10/01/09 | 107 | Recovery Management Systems Corporation | Acct #9198 | 7100-000 | | 1,412.27 | 13,020.03 |
| 10/01/09 | 108 | Recovery Management Systems Corporation | Acct. #8939 | 7100-000 | | 2,655.77 | 10,364.26 |
| 10/01/09 | 109 | PYOD LLC its successors and assigns as assignee of | Acct #6559 | 7100-000 | | 1,480.13 | 8,884.13 |
| 10/01/09 | 110 | PYOD LLC its successors and assigns as assignee of | Acct. #6480 | 7100-000 | | 3,576.27 | 5,307.86 |
| 10/01/09 | 111 | Recovery Management Systems Corporation | Acct. #7599 | 7100-000 | | 5,307.86 | 0.00 |
| | | | ACCOUNT TOTALS | | 32,912.76 | 32,912.76 | $0.00 |
| | | | Less: Bank Transfers | | 32,912.76 | 0.00 | |
| | | | Subtotal | | 0.00 | 32,912.76 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $32,912.76 | |

| Net Receipts : | 32,912.76 |
| --- | --- |
| Net Estate : | $32,912.76 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| MMA # \*\*\*-\*\*\*\*\*62-65 | 32,912.76 | 0.00 | 0.00 |
| Checking # \*\*\*-\*\*\*\*\*62-66 | 0.00 | 32,912.76 | 0.00 |
| | $32,912.76 | $32,912.76 | $0.00 |

{} Asset reference(s)

Printed: 11/06/2009 04:00 PM V.11.53